MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A., successor
by merger to BAC Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> v. <br><br> AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION; VERN ELMER; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02761-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**) and defendants Auburn and Bradford at Providence Homeowners Association and Vern Elmer stipulate and request the court extend BANA's deadline to reply supporting its motion for partial summary judgment, ECF No. 32, by fourteen days, from June 19, 2020 to **July 6, 2020**, as follows.

BANA moved for partial summary judgment on May 15, 2020.  (ECF No. 32.)  Auburn and Bradford and Mr. Elmer filed their oppositions on June 5, 2020.  (ECF Nos. 34, 37.)  BANA's reply deadline is June 19, 2020.  To allow BANA additional time to prepare its reply briefing, the parties stipulate to extend BANA's deadline by fourteen days, to **July 6, 2020[1]**.

---

[1] Fourteen days lands on Friday, July 3, 2020, which is a court holiday.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53515582;1

1    This is BANA's first extension request.  This request is not made to cause delay or prejudice

2    to any party.

3        DATED:

4    **AKERMAN LLP**                                    **AYON LAW, PLLC**

5     /s/ Jamie K. Combs, Esq.                           /s/ Luis A. Ayon
     MELANIE D. MORGAN, ESQ.                            LUIS A. AYON, ESQ.
6    Nevada Bar No. 8215                                Nevada Bar No. 9752
     JAMIE K. COMBS, ESQ.                               STEVEN H. BURKE, ESQ.
7    Nevada Bar. No. 13088                              Nevada Bar No. 14037
     1635 Village Center Circle, Suite 200              8716 Spanish Ridge, Suite 115
8    Las Vegas, Nevada 89134                            Las Vegas, Nevada 89148

9    *Attorneys for plaintiff Bank of America, N.A.*     *Attorneys for defendant Vern Elmer*

10   **LIPSON NEILSON P.C.**

11    /s/ Amber M. Williams
     J. WILLIAM EBERT, ESQ.
12   Nevada Bar No. 2697
     AMBER M. WILLIAMS, ESQ.
13   Nevada Bar No. 12301
     9900 Covington Cross Drive, Suite 120
14   Las Vegas, Nevada 89144

15   *Attorneys for defendant Auburn and Bradford*
     *at Providence Homeowners Association*
16

17                                    **ORDER**

18

19       **IT IS SO ORDERED.**

20

21   _____
     UNITED STATES DISTRICT JUDGE
22   Case No.: 2:16-cv-02761-APG-BNW

23   DATED: ___ 6/16/2020 _____

24

25

26

27

28

53515582;1