UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-02761-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

The Ninth Circuit remanded this case for me to reassess the statute of limitations issue given the Supreme Court of Nevada's intervening decision in *U.S. Bank, N.A. v. Thunder Properties, Inc.*, 503 P.3d 299 (Nev. 2022). ECF Nos. 54; 59.

I ORDER the parties to confer and file a joint status report by February 16, 2024 regarding how the case should proceed on remand, including proposed briefing or case schedule deadlines. If the parties cannot agree, the status report should briefly set forth each side's position.

DATED this 17th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE