**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-02761-APG-BNW |
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | |
| AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

I ORDER that summary judgment briefs are due March 20, 2024. Responses and replies are due in the ordinary course.

DATED this 20th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE