SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>PLAINTIFF,<br><br>V.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION; VERN ELMER; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>DEFENDANTS. | Case No.: 2:16-cv-02761-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN BANA AND AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION ONLY** |

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**), and Auburn and Bradford at Providence Homeowners Association (**Auburn**), stipulate that all claims between BANA and Auburn shall be dismissed with prejudice in accordance with Rule 41.

…

…

…

…

…

75904847;1

This stipulation does not impact BANA's claims against Vern Elmer or the pending summary judgment motion filed on March 20, 2024.

BANA and Auburn shall bear their own attorney's fees and costs of suit.

Dated this 11th day of April, 2024.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| By: */s/ Scott R. Lachman*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP* | By: */s/ David Ochoa*<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>DAVID T. OCHOA, ESQ.<br>Nevada Bar No. 10414<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Auburn and Bradford at Providence Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: April 12, 2024

75904847;1